**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-7343

DARRELL L. GOSS,

Plaintiff - Appellant,

and

SASHA GASKINS,

Plaintiff,

v.

SHONTATE MORLEY; MARY BRUMEUCCHI; CHRISTINE LONG; S.C. DEPARTMENT OF CORRECTIONS; BRYAN P. STIRLING,

Defendants - Appellees,

and

PATTY BRITT-POOSER,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:19-cv-02469-BHH)

Submitted:  July 29, 2022                     Decided:  August 9, 2022

Before GREGORY, Chief Judge, NIEMEYER, Circuit Judge, and TRAXLER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Darrell L. Goss, Appellant Pro Se.  Gordon Wade Cooper, BUYCK LAW FIRM, LLC, Mt. Pleasant, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell L. Goss appeals the district court's order adopting in part and modifying in part the recommendation of the magistrate judge and granting summary judgment to Defendants in his civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Goss v. Morley*, No. 2:19-cv-02469-BHH (D.S.C. Sept. 9, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*